I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1.8.14

DEPUTY CLERK

**JS-6 / ENTERED**

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SHAWN SHAW,                          ) Case No. CV 11-10675-CJC (JPR)
                                     )
                  Petitioner,        )
                                     )     **J U D G M E N T**
            vs.                      )
                                     )
DOMINGO URIBE, JR.,                  )
Warden,                             )
                                     )
                  Respondent.        )

    Pursuant to the Order Accepting Magistrate Judge's Findings
and Recommendations,

    IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

DATED: January 6, 2014

                              CORMAC J. CARNEY
                              U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1